1 | ANDREW M. ALTSCHUL (State Bar No. 226008)
BUCHANAN ANGELI ALTSCHUL &
2 | SULLIVAN LLP
321 SW 4th Avenue, Suite 600
3 | Portland, Oregon  97204
Telephone:  503.974.5022
4 | Facsimile:   971.230.0337
E-mail:  *andrew@baaslaw.com*
5
        Attorney for Defendant
6
                                                                                    *E-FILED - 3/24/09*
7

8                              UNITED STATES DISTRICT COURT
9                         FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | **KATHRYN GRANT,**

12 |         Plaintiff,                          Case No. CV 08-04808-RMW

13 |     v.
                                                **STIPULATION REQUESTING A**
14 | **STANDARD INSURANCE COMPANY, ET**         **RESCHEDULING OF INITIAL CASE**
    **AL.,**                                    **MANAGEMENT CONFERENCE**
15                                              AND ORDER
            Defendants.
16

17

18

19        IT IS HEREBY STIPULATED by and between the parties hereto, through their

20   respective undersigned attorneys, that the Case Management Conference set for March 27, 2009,

21   at 10:30 a.m., be rescheduled to April 10, 2009 at 10:30 a.m. via telephone.

22        The March 27, 2009 Initial Case Management Conference is the first hearing in this

23   matter.  The continuation of the hearing is not requested for purposes of delay.

24        The request to have the hearing via telephone is to accommodate Defendant's counsel

25   who is located in Portland, Oregon.  Plaintiff's counsel has no objection to this request.

26   Defendant's counsel, Andrew Altschul, can be reached by direct dial at 503/974-5022.

27

28
                                              -1-

**STIPULATION REQUESTING A RESCHEDULING OF INITIAL CASE MANAGEMENT CONFERENCE**

1 | Dated:  March 9, 2009 | BUCHANAN ANGELI  ALTSCHUL & SULLIVAN LLP

      /s/Andrew Altschul
      Andrew M. Altschul (#226008)
      Attorney for Defendant

Dated:  March 9, 2009 | SCOTT E. SHAFFMAN,

      /s/Scott E. Shaffman

      Scott E. Shaffman
      Attorney for Plaintiff

IT IS SO ORDERED:

Dated: 3/24/09     _____/s/ Ronald M. Whyte_____
                   UNITED STATES DISTRICT COURT JUDGE

-2-

**STIPULATION REQUESTING A RESCHEDULING OF INITIAL CASE MANAGEMENT CONFERENCE**

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing **STIPULATION REQUESTING A RESCHEDULING OF INITIAL CASE MANAGEMENT CONFERENCE** on the following named person(s):

Scott E. Shaffman
98 Del Monte Ave., Suite 200
Santa Rosa, California 93940

Attorneys for plaintiff

on the date indicated below by

☐ mailing with postage prepaid

☐ hand delivery

☐ facsimile transmission

☐ overnight delivery

x Electronic Delivery via CM/ECF filing

DATED: March 9, 2009.

BUCHANAN ANGELI ALTSCHUL & SULLIVAN LLP

/s/ Andrew Altschul
_____
Andrew M. Altschul (#226008)
Telephone: (503) 974-5011
Facsimile: (971) 230-0337
Email: *andrew@baaslaw.com*

Attorney for Defendant

- 1 -

**CERTIFICATE OF SERVICE**